IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandra J. Arenas Rodriguez,<br><br>        Plaintiff,<br><br>    vs.<br><br>Sean Cannon and Cannon Law Firm, PLLC,<br><br>        Defendants. | No. 2:21-cv-00358-PHX-SRB<br><br>**JUDGMENT** |

Upon consideration of Plaintiff's Motion for Entry of Default Judgment, Motion for Award of Attorney Fees and Costs, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment in the above-captioned matter is entered in favor of Plaintiff Alejandra J. Arenas Rodriguez and against Defendants Sean Cannon and Cannon Law Firm, PLLC, jointly and severally, in the total principal amount of $8,855.45, which is comprised of actual damages of $1,512.45, statutory damages in the amount of $1,000.00, reasonable attorneys' fees in the amount of $5,840.00 and costs in the amount of $503.00. This amount shall bear interest at the rate determined by 28 U.S.C. § 1961 from the date of the Judgment until paid in full.

Dated this 29th day of June, 2021.

_____
Susan R. Bolton
United States District Judge