UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandra J. Arenas Rodriguez,<br><br>　　　　Plaintiff/Judgment-Creditor,<br><br>vs.<br><br>Sean Cannon and Cannon Law Firm, PLLC,<br><br>　　　　Defendants/Judgment-Debtors.<br><br>JP Morgan Chase Bank, N.A.,<br><br>　　　　Garnishee. | No. 2:21-cv-00358-PHX-SRB<br><br>**JUDGMENT AGAINST GARNISHEE JP MORGAN CHASE BANK, N.A. ON WRIT OF GARNISHMENT (NON-EARNINGS)** |

　　　The Court, having reviewed Plaintiff/Judgment-Creditor Alejandra J. Arenas Rodriguez's Application for Judgment Against Garnishee JP Morgan Chase Bank, N.A. on Writ of Garnishment, the Answer filed by Garnishee, and the entire file in this matter, and good cause appearing,

　　　HEREBY ORDERS that judgment in the amount of $58.65 is entered against Garnishee JP Morgan Chase Bank, N.A., and in favor of Plaintiff/Judgment-Creditor Alejandra J. Arenas Rodriguez.

　　　IT IS FURTHER ORDERED that Plaintiff/Judgment-Creditor Alejandra J. Arenas Rodriguez shall deliver a copy of this Judgment to Garnishee JP Morgan Chase Bank, N.A. and Judgment Debtors Sean Cannon and Cannon Law Firm, PLLC.

Upon receipt of a copy of this Judgment Against Garnishee, JP Morgan Chase Bank, N.A. shall immediately transfer the judgment amount of $58.65 to Judgment-Creditor's counsel Dessaules Law Group.

Dated this 16th day of November, 2021.

_____
Susan R. Bolton
United States District Judge